# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARCUS WITCHET,<br><br>  Plaintiff,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>  Defendant. | CASE NO. 8:18-cv-00187<br><br>**ORDER TO COMPLY WITH SUBPOENA** |

Defendant Union Pacific Railroad Company ("Defendant") has filed an unopposed Motion for an Order requiring Dr. Syed F. Zaidi to comply with a subpoena and appear for a deposition on June 27, 2019. ([Filing No. 72](#).) The Court finds that Dr. Zaidi has previously failed to comply with three separate subpoenas issued by the Defendant. As a result of Dr. Zaidi's failure to appear for his deposition, Defendant has incurred hundreds of dollars in cancellation fees from the court reporter, an amount that will likely grow.

**IT IS ORDERED** that Defendant's Unopposed Motion ([Filing No.72](#)) is granted. If Dr. Zaidi fails to comply with the attached subpoena, Defendant may seek contempt sanctions against Dr. Zaidi, including reimbursement for all costs and fees incurred as a result of Dr. Zaidi's previous cancellations. The Court hereby orders Dr. Zaidi to comply with the subpoena and appear for a deposition on June 27, 2019.

Dated this 10th day of June, 2019.

BY THE COURT:

_Susan M. Bazis_
United States Magistrate Judge