IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARCUS WITCHET,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>    Defendant. | **8:18CV187**<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered on this date, judgment is entered in favor of the defendant and against the plaintiff.

Dated this 21st day of February, 2020.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge